United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON, | No. C 13-3743 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| CANTEEN MANAGER, CALIFORNIA MEN'S COLONY; OFFICER CONSALES; BEVERLY JOHNSON, | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the California Men's Colony ("CMC"). He primarily sues CMC employees based on events that took place there. CMC is located within the venue of the United States District Court for the Central District of California. Venue for this case is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: September   24  , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE